084871.1025 (207)                                    RMC:lab

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SCHMIDT CHEVROLET BUICK GMC, INC.,** )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**CLEAR BLUE SPECIALTY INSURANCE COMPANY,** )<br>)<br>**Defendant.**  ) | No. 24-423-JPG<br><br>The Honorable J. Phil Gilbert |

### MOTION TO VOLUNTARILY DISMISS

Now comes the Plaintiff, Schmidt Chevrolet Buick GMC, Inc., by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and moves this Honorable Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss this action with prejudice and with each party to bear its own costs as all matters in controversy have been settled and adjourned.

WHEREFORE, the Plaintiff, Schmidt Chevrolet Buick GMC, Inc., respectfully asks that the Court dismiss this action with prejudice and with each party to bear its own costs.

Respectfully submitted:

*/s/ Robert Marc Chemers*
Robert Marc Chemers
Bar No. 0431508
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive
Suite 2600
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:              (312) 346-8242
E-Mail: rchemers@pretzelstouffer.com
*Attorneys for Plaintiff*