# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCHMIDT CHEVROLET BUICK GMC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 24-423 JPG ) |
| CLEAR BLUE SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation to dismiss (doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case. The motion to dismiss (doc. 24) is hereby moot.

DATED: 11/6/2024

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE